In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of JOHN J. D'AMBROSIA, an Attorney and Counselor at Law, Respondent.— Respondent disbarred and his name ordered to be struck from the roll of attorneys. The

respondent, upon his own confession and plea of guilty, was convicted in the County Court, Kings County, of the crime of forgery in the third degree. The crime being a felony, his disbarment necessarily follows. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.